**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02121-REB

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JEFFORY D. SHIELDS (a/k/a Jeffrey D. Shields) and
GEODYNAMICS, INC. (f/k/a or d/b/a Geodynamics Exploration, Inc.),

      Defendants,

and

GEODYNAMICS, INC. JOHNSTON'S CORNER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. HUSKIE #1 JOINT VENTURE,
GEODYNAMICS, EXPLORATION, INC. TRUMPETER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. EVDA #1 JOINT VENTURE,
FLORIBAMA OIL CORPORATION,
CARBOTEC, INC.,
TRITON ENERGY ASSET MANAGEMENT, INC. (d/b/a Triton Energy Asset
      Management, LLC),
GEODYNAMICS PROPERTY MANAGEMENT, LLC,
T.E.A.M. PROPERTY MANAGEMENT, LLC (d/b/a T.E.A.M. Property Management),
S&P ENERGY, LLC,
AURUM ENERGY ASSOCIATES, LLC, and
UNUM, LLC,

      Relief Defendants.

## SCHEDULING ORDER

**Blackburn, J.**

      The matter before me is **Plaintiff Securities and Exchange Commission's Motion for Temporary Restraining Order and Other Emergency Relief** [#2][1] filed August, 15, 2011. A scheduling order should be entered to arrange, schedule, and coordinate the briefing and

---

[1] "[#2]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

hearing, if any, necessary to resolve the pending motion.

   **THEREFORE, IT IS ORDERED** as follows:

   1. That on or before Friday, August 19, 2011, defendants **SHALL FILE** a response[2] to **Plaintiff Securities and Exchange Commission's Motion for Temporary Restraining Order and Other Emergency Relief** [#2] filed August, 15, 2011;

   2.  That on or before 12:00 p.m., Mountain Daylight Time, Tuesday, August 23, 2011, plaintiff **SHALL FILE** a reply[3] to the response; and

   3. That, if necessary, on Wednesday, August 24, 2011, commencing at 9:00 a.m., Mountain Daylight Time, the court **SHALL HEAR**[4] **Plaintiff Securities and Exchange Commission's Motion for Temporary Restraining Order and Other Emergency Relief** [#2] filed August, 15, 2011, reserving two hours, if necessary.[5]

   Dated August 16, 2011, at Denver, Colorado.

             **BY THE COURT:**

*[signature: Bob Blackburn]*
Robert E. Blackburn
United States District Judge

---

  [2]  Any response is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 15.

  [3]  The reply is subject to **REB Civ. Practice Standard V.B.1.**, which limits the number of pages to 10.

  [4]  The hearing shall be conducted in courtroom A1001 on the tenth floor of the Alfred A. Arraj United States Courthouse Annex, located at 901 19th Street, Denver, CO 80294.  If not sooner specified, the court will allocate the available time between the parties at the outset of the hearing.

  [5]  The court has taken into consideration the arguments advanced in **Plaintiff Securities and Exchange Commission's Response to Entry of Appearance and Request for Setting [Docket # 9] and Request for Immediate Setting of Hearing on Plaintiff's Motion for Temporary Restraining Order and Other Emergency Relief [Docket # 2]** [#10] filed August, 16, 2011, but does not have time on its own calendar to hear the motion for temporary restraining order sooner.