**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**


Civil Action No. 11-cv-02121-REB

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

JEFFORY D. SHIELDS (a/k/a Jeffrey D. Shields) and
GEODYNAMICS, INC. (f/k/a or d/b/a Geodynamics Exploration, Inc.),

      Defendants,

and

GEODYNAMICS, INC. JOHNSTON'S CORNER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. HUSKIE #1 JOINT VENTURE,
GEODYNAMICS, EXPLORATION, INC. TRUMPETER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. EVDA #1 JOINT VENTURE,
FLORIBAMA OIL CORPORATION,
CARBOTEC, INC.,
TRITON ENERGY ASSET MANAGEMENT, INC. (d/b/a Triton Energy Asset
      Management, LLC),
GEODYNAMICS PROPERTY MANAGEMENT, LLC,
T.E.A.M. PROPERTY MANAGEMENT, LLC (d/b/a T.E.A.M. Property Management),
S&P ENERGY, LLC,
AURUM ENERGY ASSOCIATES, LLC, and
UNUM, LLC,

      Relief Defendants.

---

**MINUTE ORDER**[1]

---

The matter is before the court on plaintiff's **Unopposed Motion to Withdraw Motion For Preliminary Injunction , Asset Freeze, and Other Equitable Relief**

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

**[Docket #17]** [#24][2] filed August 30, 2011.  After reviewing the motion and the file, the court has concluded that the motion should be granted.

  **THEREFORE, IT IS ORDERED** as follows:

  1.  That plaintiff's **Unopposed Motion to Withdraw Motion For Preliminary Injunction , Asset Freeze, and Other Equitable Relief [Docket #17]** [#24], filed August 30, 2011, is **GRANTED**;

  2.  That **Plaintiff Securities and Exchange Commission's Motion For Preliminary Injunction, Asset Freeze, and Other Equitable Relief** [#17] filed August 22, 2011, is **WITHDRAWN**; and

  3.  That the telephonic setting conference set for September 8, 2011, at 10:00 a.m., is **VACATED**.

  Dated:  August 30, 2011

---

[2]"[#24]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.