**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-02121-REB-MJW

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

JEFFORY D. SHIELDS (a/k/a Jeffrey D. Shields) and
GEODYNAMICS, INC. (f/k/a or d/b/a Geodynamics Exploration, Inc.),

Defendants,

and

GEODYNAMICS, INC. JOHNSTON'S CORNER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. HUSKIE #1 JOINT VENTURE,
GEODYNAMICS, EXPLORATION, INC. TRUMPETER #1 and #2 JOINT VENTURE,
GEODYNAMICS, INC. EVDA #1 JOINT VENTURE,
FLORIBAMA OIL CORPORATION,
CARBOTEC, INC.,
TRITON ENERGY ASSET MANAGEMENT, INC. (d/b/a Triton Energy Asset
     Management, LLC),
GEODYNAMICS PROPERTY MANAGEMENT, LLC,
T.E.A.M. PROPERTY MANAGEMENT, LLC (d/b/a T.E.A.M. Property Management),
S&P ENERGY, LLC,
AURUM ENERGY ASSOCIATES, LLC, and
UNUM, LLC,

     Relief Defendants.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in

accordance with the **Order Granting Motion To Dismiss** [#46] entered by Judge Robert

E. Blackburn on September 6, 2012, which order is incorporated herein by this

reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendant GeoDynamics, Inc.'s Motion To Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6)** [#28], filed September 27, 2011, is **GRANTED**;

2. That plaintiff's claims in this lawsuit are **DISMISSED WITHOUT PREJUDICE**;

3. That **JUDGMENT IS ENTERED** on behalf of defendants, Jeffory D. Shields (a/k/a Jeffrey D. Shields) and GeoDynamics, Inc. (f/k/a or d/b/a Geodynamics Exploration, Inc.), and relief defendants GeoDynamics, Inc. Johnston's Corner #1 and #2 Joint Venture; GeoDynamics, Inc. Huskie #1 Joint Venture; GeoDynamics Exploration, Inc. Trumpeter #1 and #2 Joint Venture; GeoDynamics, Inc. EVDA #1 Joint Venture, Floribama Oil Corporation; Carbotec, Inc.; Triton Energy Asset Management, LLC; T.E.A.M. Property Management, LLC (d/b/a T.E.A.M. Property Management); S&P Energy, LLC; Aurum Energy Associates, LLC; and Unum, LLC, and against plaintiff, Securities and Exchange Commission, on all claims for relief and causes of action; provided, that the **JUDGMENT** as to these claims **IS WITHOUT PREJUDICE**.

DATED at Denver, Colorado, this 10th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

By: s/Edward P. Butler
    Edward P. Butler
    Deputy Clerk