**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 11-cv-02121-REB

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

JEFFORY D. SHIELDS (a/k/a Jeffrey D. Shields) and
GEODYNAMICS, INC. (f/k/a or d/b/a Geodynamics Exploration, Inc.),

     Defendants,

and

GEODYNAMICS, INC. JOHNSTON'S CORNER #1 and #2 JOINT VENTURE, et al.,

     Relief Defendants.

---

## ORDER

**Blackburn, J.**

    The matters before me are (1) the **Unopposed Motion of Defendant Jeffory D. Shields To Stay Proceedings Due to Pending Criminal Proceedings** [#64],[1] filed May 22, 2014; and (2) the **Unopposed Motion of Defendant Jeffory D. Shields To Modify His Unopposed Motion To Stay Proceedings Due to Pending Criminal Proceedings (ECF No. 64)** [#71], filed June 6, 2014.  I grant the motion to modify the original request to stay, but deny both motions as moot to the extent they request a stay

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing and system (CM/ECF).  I use this convention throughout this order.

of these proceedings.

The parties represent that defendant Jeffory D. Shields has entered guilty pleas to the two parallel criminal proceedings brought against him in the District Court of Douglas County, Colorado.  The parties represent that the factual issues in those cases are nearly identical to those implicated by this suit, and thus bear heavily on the resolution of this matter.  They therefore seek a stay of the proceedings in this case until after Mr. Shields is sentenced on August 15, 2014.

At the time the original motion was filed, this matter had been set for a scheduling conference following remand from the Tenth Circuit.  (*See* **Order Setting Scheduling/Planning Conference** [#56], filed April 23, 2014.)  However, the magistrate judge vacated that conference in light of the motion to stay.  (*See* **Minute Order** [#70], filed June 2, 2014.)  There thus is no pending deadline currently operative in this case, nor any proceeding scheduled.  In light of those circumstances, no stay is necessary.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Unopposed Motion of Defendant Jeffory D. Shields To Stay Proceedings Due to Pending Criminal Proceedings** [#64], filed May 22, 2014, is **DENIED AS MOOT**; and

2.  That the **Unopposed Motion of Defendant Jeffory D. Shields To Modify His Unopposed Motion To Stay Proceedings Due to Pending Criminal**

**Proceedings (ECF No. 64)** [#71], filed June 6, 2014, is **GRANTED** insofar as it seeks

to amend the original motion to stay, and is in all other respects, **DENIED AS MOOT**.

Dated June 10, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge